UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BAYOU PICTURES, LLC,         )
                             )
            Plaintiff,       )
                             )
     v.                      )    No. 4:13CV433 FRB
                             )
JOHN DOES 1-11,              )
                             )
            Defendants.      )

### MEMORANDUM AND ORDER OF DISMISSAL

Plaintiff filed this cause of action on March 8, 2013, naming as defendants John Does 1-11. Pursuant to Rule 4(m), Fed. R. Civ. P., Plaintiff had 120 days from that date in which to serve the defendants. Service not having been made within such period, on September 4, 2013, the Court ordered plaintiff to show good cause not later than September 16, 2013, why this action should not be dismissed without prejudice for failure to effect service upon any defendant (Docket No. 3). As of this date the plaintiff has not shown such cause or otherwise responded to the Court's Order of September 4, 2013.

Therefore,

**IT IS HEREBY ORDERED**, pursuant to Fed. R. Civ. P. 4(m) and the Court's Order of September 4, 2013, that plaintiff's claims are dismissed without prejudice as to defendants Does 1-11 for failure to timely serve these defendants or to show good cause why the defendants have not been timely served.

_____
UNITED STATES DISTRICT JUDGE

Dated this 10th day of October, 2013.